

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00577-CV

**IN THE INTEREST OF A.E.M.**, a Child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01616
Honorable Brenda Chapman, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED December 16, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice